The CITY OF NEW ROCHELLE, respondent, v. NEW ROCHELLE COAL & LUMBER COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment affirmed, with costs, on the opinion of Mr. Justice Mills at Special Term (83 Misc. Rep. 194, 144 N. Y. Supp. 852). Stapleton, Rich, and Putnam, JJ., concur. Thomas, J., dissents (on the ground that the locus in quo has not been traveled or used as a highway for more than six years before the commencement of the action, and that under Highway Law [Consol. Laws, c. 25] § 234, it had ceased to be a highway); with whom Jenks, P. J., concurs.

The CITY OF NEW YORK, applt., v. F. J. R. CLARKE, as sole executor of the last will and testament of John J. Linson, deceased, Everett Fowler and Augustus H. Van Buren, respts. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment affirmed with costs. All concur, except Kellogg, P. J., dissenting. Cochrane, J., not sitting.

In the matter of the final judicial settlement of the accounts of George M. CLAPP, etc., respondent; Warren E. Clapp et al., by Charles W. Boote, their guardian ad litem, appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion granted to the extent of remitting the printed papers now on file in this court to the Surrogate's Court of Dutchess County for the purpose of resettling the case; in all other respects, motion denied.

Clara G. CLARK, Respt., v. Carrie B. GUYON, impld., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Koppel COHEN, appellant, v. Rudolph NEWMAN, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Order of the Appellate Term (91 Misc. Rep. 561, 155 N. Y. Supp. 30) reversed and new hearing ordered, costs to abide the event, upon the dissenting opinion of Maddox, J., at the Appellate Term. Carr, Stapleton, and Mills, JJ., concur. Jenks, P. J., and Thomas, J., vote to affirm.

COLONIAL SAVINGS BANK & TRUST CO., Respt., v. MORTON TRUCK & TRACTOR Co., impld., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

The COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on complaint of Mary Milnik, respondent, v. Louis HALPERIN, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of filiation of the Court of Special Sessions reversed and defendant discharged, on the ground that the determination upon which it was made was against the weight of evidence. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

COMMONWEALTH WATER COMPANY, appellant, v. Henry C. BRUNNER and Fannie A. Brunner, respondents. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Rich, and Putnam, JJ., concur. Carr, J., not voting.

Mary CONDON, Applt., v. AARON BUCHSMAUM CO., Respt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Eva CONKLIN, respondent, v. Robert Edgar CONKLIN and others, respondents; Elizabeth Klein and another, appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment of the County Court of Queens County affirmed by default, with costs. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Timothy CONKLIN, respt., v. SYRACUSE RAPID TRANSIT RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Judgment and order affirmed with costs. All concur.

Margaret E. COOK, respt., v. William J. CONNORS, applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion to dismiss appeal granted unless appellant file and serve printed record in ten days.

Watts T. COOKE and John R. Cooke, respondents, v. WESTCHESTER ENGINEERING COMPANY and another, appellants, and others, defendants. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Robert COOPER, Jr., respt., v. Leonard W. HALL and one, applts. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Judgment and order affirmed with costs. All concur.

Charles T. COOPER, by his guardian ad litem, Thomas T. Cooper, respondent, v. Matthew VIERENGLE, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

CORPORATION OF THE FINE ARTS BUILDING, Applt., v. William F. CONNOR & ano., respts. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

James CORRIGAN v. GREEN FUEL ECONOMIZER. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion for stay granted on condition that appel-

lant perfect the appeal, place the case on the May calendar and be ready for argument when reached.

Jesse M. COWAN, applt., v. Sarah L. BARNUM, respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion granted and appeal dismissed with costs.

William A. COWAN, applt., v. Sarah L. BARNUM, respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion granted and appeal dismissed with costs.

Mary COX, Respt., v. ST. LUKE'S HOME FOR AGED WOMEN, Applt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Appeal from Trial Term, New York County. Action by Mary Cox against St. Luke's Home for Aged Women. From judgment for plaintiff and order denying new trial, defendant appeals. Reversed, and complaint dismissed.

PER CURIAM. We are of the opinion that the evidence failed to establish defendant's negligence, and for that reason the defendant's motion to dismiss the complaint, at the close of plaintiff's case, and renewed at the close of the whole case, should have been granted. The judgment and order appealed from are therefore reversed with costs, and the complaint dismissed with costs. Order filed.

Millard M. CRANE, respt., v. Elmer W. KELLEY, applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Motion to dismiss appeal granted, unless appellant be ready to argue appeal on March 28, 1916.

In the matter of the application of the City of New York relative to acquiring title, etc., CRESCENT STREET, BOROUGH OF QUEENS. Frederick Ayer et al., appellants; City of New York et al., respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, without costs.

In the matter of the application of Joseph M. CROOKS, for admission to the bar. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Application granted.

Bridget T. CUNNINGHAM and Roger Cunningham, respondents, v. William G. MULLIGAN and Agnes K. Murphy Mulligan, appellants. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Order reversed, with $10 costs and disbursements, and warrant of arrest vacated. Taking the deed of premises 1980 Madison avenue, as shown by plaintiffs' formal receipt, with the other documents, including the later agreement of July 27, 1914, and the accompanying assignment of the $10,000 mortgage on 461 East Tremont avenue, left no case for charging defendants with embezzlement and misapplication of funds, which was the basis for this order of arrest. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Josiah F. DAGGETT, appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment unanimously affirmed, with costs. No opinion.

F. Marciano D'ARSI, Respt., v. NAVIGAZIONE ALTA ITALIA, Ltd., Applt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Determination (91 Misc. Rep. 10, 154 N. Y. Supp. 158) affirmed with costs. No opinion. Order filed.

Ida DASS, indy., etc., Applt., v. Mildred GALLAND et al., Respt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

John DAVIES, Respt., v. MISSOURI, KANSAS & TEXAS RY. CO., Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment affirmed with costs. No opinion. Order filed.

John E. DAVIS, appellant, v. Sarah C. DAVIS and May A. Hoffman, as administratrices, etc., respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion denied, upon condition that appellant perfect his appeal, place the same on the May calendar, and be ready for argument when reached; otherwise, motion granted with $10 costs.

John E. DAVIS, appellant, v. Sarah C. DAVIS and May A. Hoffman, as administratrices, etc., respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment affirmed by default, with costs. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Leander J. DE BEKKER, respondent, v. FREDERICK A. STOKES COMPANY and another, appellants. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion denied, without costs.

Maria A. DE CARRILLO, respondent, v. Luis F. CARRILLO, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment and order reversed, and complaint dismissed, without costs, upon the ground that there is no satisfactory evidence that the treatment of the defendant has been cruel and inhuman; that there has been any conduct on the part of defendant that would render it unsafe and improper for the plaintiff to live and cohabit with him; that he has neglected and refused to provide for her, or that he abandoned her. His absence in California was not an abandonment within the meaning of section 1762 of the Code of Civil Procedure. Jenks, P. J., and Carr and Rich, JJ., concur. Thomas and Mills, JJ., dissent.

Josephine DECKER, applt., v. Nelson BASSETT, respt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment unanimously affirmed with costs.